# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DWAYNE HATCHER, | ) | CASE NO. 1:18CV1123 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JONATHAN D. GREENBERG |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
|    Acting Commissioner | ) | **JUDGMENT** |
|    of Social Security, | ) | |
| | ) | |
| Defendant. | | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order, the Commissioner's final decision is AFFIRMED.

**IT IS SO ORDERED.**

                                                       *s/Jonathan D. Greenberg*
                                                     Jonathan D. Greenberg
                                                     United States Magistrate Judge

Date: March 27, 2019